UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRAIG ALAN VANNESS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>15CF67AD,<br><br>　　　　　　Defendant. | Case No. 3:25-CV-00075-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

　　　　On February 7, 2025, Plaintiff Craig Alan Vanness ("Vanness") submitted a *pro se* complaint. (ECF No. 3-1). However, Vanness has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

　　　　Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

　　　　Accordingly, **IT IS ORDERED** the Clerk of the Court shall **SEND** Vanness the approved form application to proceed *in forma pauperis* by a non-inmate.

　　　　**IT IS FURTHER ORDERED** that on or before **March 7, 2025**, Vanness will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the complaint.

　　　　The Court will retain Vanness's civil rights complaint, (ECF No. 3-1), but will not file it unless and until Vanness timely complies with this order.

　　　　**DATED**: February 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**